UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRICE GRIFFIN,

    Plaintiff,

v.                                                   CASE NO. 8:18-cv-1251-T-23AAS

PRE-EMPLOYMENT, INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 25), this action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on January 4, 2019.

                                            STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE